IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30961
Conference Calendar
_____


NAOMI W. WELLS,

                                        Plaintiff-Appellant,

versus

SAMUEL WHITE; JOSEPH LEVINGSTON; T. CHARLES MINNIFIELD,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-21
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Naomi W. Wells appeals the district court's dismissal of her 42 U.S.C. § 1983 complaint. The district court gave several alternative bases for the dismissal. Wells has failed to brief the relevant issues, as she has provided neither argument nor authorities to show that the district court erred in dismissing her suit. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993); FED. R. APP. P. 28(a)(9). Accordingly, this appeal is dismissed as frivolous. 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.